# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KAREY COLEMAN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BUREAU OF INDIANA EDUCATION, )<br>)<br>Defendant. ) | No. 1:12-cv-1005-JMS-MJD |

## Entry Directing Further Proceedings

"A complaint must always . . . allege 'enough facts to state a claim to relief that is plausible on its face.'" *Limestone Development Corp. v. Village of Lemont, Ill.,* 520 F.3d 797, 803 (7th Cir. 2008) (quoting *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 555 (2007)). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009).

Karey Coleman's complaint is incomplete to the point of being incomprehensible. It fails to state a claim having facial plausibility and thus fails to state a claim upon which relief can be granted. The complaint is therefore **dismissed**.

## II.

Final judgment shall not issue at this time.

Instead, Coleman shall have **through September 27, 2012**, in which to file an amended complaint. The amended complaint, if filed, shall conform to the following guidelines:

- ! The amended complaint shall comply with the requirement of Rule 8(a)(2) that pleadings contain a short and plain statement of the claim showing that the pleader is entitled to relief;

- The amended complaint shall comply with the requirement of Rule 10 that the allegations in a complaint be made in numbered paragraphs, each of which should recite, as far as practicable, only a single set of circumstances; and

- The amended complaint must identify what legal injury he claims to have suffered and what persons are responsible for each such legal injury.

### III.

If no amended complaint is filed as permitted in Part II of this Entry, the action will be dismissed consistent with the dismissal of the complaint in Part I. If an amended complaint is filed as permitted in Part II of this Entry, the court will issue whatever further order is warranted.

**IT IS SO ORDERED.**

Date: 09/12/2012

_Hon. Jane Magnus-Stinson, Judge_
United States District Court
Southern District of Indiana

Distribution:

Karey Coleman
189 South Sunblest Blvd
Fishers, IN 46038