**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| KAREY COLEMAN,            )<br>                                              )<br>            Plaintiff,          )<br>v.                                           )           No. 1:12-cv-1005-JMS-MJD<br>                                              )<br>BUREAU OF INDIANA EDUCATION,  )<br>                                              )<br>            Defendant.        )  | |

**Entry and Notice**

The statements each entitled "amended complaint" and filed on September 25 and 27, 2012, are identical, are not signed, and suffer from the same defects noted as to the "amended complaint" filed on September 18, 2012, and rejected as insufficient in the Entry of September 20, 2012. The fatal deficiency, from a pleading standpoint, is that these statements each lack sufficient factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged. *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009) (quotations omitted).

A genuine amended complaint must be filed if this action is to proceed. The document, if filed, shall be labeled "Second Amended Complaint." The document, if filed, shall conform to the guidelines set forth in Part II of the Entry issued on September 12, 2012. Additionally, the second amended complaint is to describe the defendant agency with sufficient clarity that its existence and identity can be confirmed.

The second amended complaint, if filed, shall be filed **not later than November 1, 2012**.

The foregoing should be understood as the plaintiff's last opportunity to proceed in this action. If another inadequate complaint is filed, this case will be dismissed.

**IT IS SO ORDERED.**

Date: 10/18/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Karey Coleman
189 South Sunblest Blvd
Fishers, IN 46038